■ NEW YORK COMMUNITY BANK, as Successor in Interest to QUEENS COUNTY SAVINGS BANK, Respondent, v JAY VERMONTY, Formerly Known as JESUS VERMONTY, et al., Defendants, and DAVE SHELDON, Also Known as DAVID SHELDON, et al., Appellants. [932 NYS2d 724]—

Several of the appellants' contentions regarding the judgment of foreclosure and sale are not properly before this Court due to the appellants' default in timely answering the complaint or otherwise appearing in this action. Their remaining contentions with regard to the judgment of foreclosure and sale are without merit. Rivera, J.P., Florio, Dickerson and Lott, JJ., concur.